**Fill in this information to identify the case**

Debtor name: **Fulcrum Exploration, LLC**

United States Bankruptcy Court for the: **NORTHERN DISTRICT OF TEXAS**

Case number (if known): **18-32070-sgj11**

☐ Check if this is an amended filing

Official Form 206A/B

## Schedule A/B: Assets -- Real and Personal Property

12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1: Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.
   ☑ Yes. Fill in the information below.

   **All cash or cash equivalents owned or controlled by the debtor**

   **Current value of debtor's interest**

2. **Cash on hand**

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **Veritex Bank** | **Checking account** | **4  3  3  3** | $124,407.10 |
| 3.2. | **Compass Bank** | **Checking account** | **9  5  6  9** | $563.54 |

4. **Other cash equivalents** *(Identify all)*

   Name of institution (bank or brokerage firm)

5. **Total of Part 1**
   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

   $124,970.64

### Part 2: Deposits and prepayments

6. **Does the debtor have any deposits or prepayments?**

   ☐ No. Go to Part 3.
   ☑ Yes. Fill in the information below.

Debtor __Fulcrum Exploration, LLC__          Case number (if known) __18-32070-sgj11__
     Name

**Current value of
debtor's interest**

**7. Deposits, including security deposits and utility deposits**

   Description, including name of holder of deposit

7.1. __Utility deposit with City of Frederick Public Works__          $804.00

**8. Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

   Description, including name of holder of prepayment

**9. Total of Part 2.**          | $804.00 |
   Add lines 7 through 8. Copy the total to line 81.

## Part 3: Accounts receivable

**10. Does the debtor have any accounts receivable?**

   ☐ No. Go to Part 4.
   ☑ Yes. Fill in the information below.

**Current value of
debtor's interest**

**11. Accounts receivable**

| 11a. 90 days old or less: | **$161,712.00** | – | **$0.00** | = .............. → | **$161,712.00** |
| | face amount | | doubtful or uncollectible accounts | | |
| 11b. Over 90 days old: | **$0.00** | – | **$0.00** | = .............. → | **$0.00** |
| | face amount | | doubtful or uncollectible accounts | | |

**12. Total of Part 3**          | $161,712.00 |
   Current value on lines 11a + 11b = line 12. Copy the total to line 82.

## Part 4: Investments

**13. Does the debtor own any investments?**

   ☑ No. Go to Part 5.
   ☐ Yes. Fill in the information below.

| | **Valuation method used for current value** | **Current value of debtor's interest** |

**14. Mutual funds or publicly traded stocks not included in Part 1**

   Name of fund or stock:

**15. Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

   Name of entity:          % of ownership:

**16. Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

   Describe:

**17. Total of Part 4**          | $0.00 |
   Add lines 14 through 16. Copy the total to line 83.

## Part 5: Inventory, excluding agriculture assets

**18. Does the debtor own any inventory (excluding agriculture assets)?**

   ☐ No. Go to Part 6.
   ☑ Yes. Fill in the information below.

Debtor    **Fulcrum Exploration, LLC**                                    Case number (if known)   **18-32070-sgj11**
_____
Name

| General description | Date of the last physical inventory MM/DD/YYYY | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19. Raw materials** | | | | |
| **20. Work in progress** | | | | |
| **21. Finished goods, including goods held for resale** | | | | |
| **22. Other inventory or supplies** | | | | |
| **Various pipe, fittings, pumps and materials.** | | $108,223.00 | Salvage Value | $25,000.00 |

**23. Total of Part 5**

Add lines 19 through 22.  Copy the total to line 84.

**$25,000.00**

**24. Is any of the property listed in Part 5 perishable?**

☑ No
☐ Yes

**25. Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

☑ No
☐ Yes.  Book value _____    Valuation method _____    Current value _____

**26. Has any of the property listed in Part 5 been appraised by a professional within the last year?**

☑ No
☐ Yes

## Part 6:   Farming and fishing-related assets (other than titled motor vehicles and land)

**27. Does the debtor own or lease any farming or fishing-related assets (other than titled motor vehicles and land)?**

☑ No.  Go to Part 7.
☐ Yes.  Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **28. Crops--either planted or harvested** | | | |
| **29. Farm animals** _Examples:_ Livestock, poultry, farm-raised fish | | | |
| **30. Farm machinery and equipment**  (Other than titled motor vehicles) | | | |
| **31. Farm and fishing supplies, chemicals, and feed** | | | |
| **32. Other farming and fishing-related property not already listed in Part 6** | | | |

**33. Total of Part 6.**

Add lines 28 through 32.  Copy the total to line 85.

**$0.00**

**34. Is the debtor a member of an agricultural cooperative?**

☑ No
☐ Yes.  Is any of the debtor's property stored at the cooperative?
    ☐ No
    ☐ Yes

**35. Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

☑ No
☐ Yes.  Book value _____    Valuation method _____    Current value _____

**36. Is a depreciation schedule available for any of the property listed in Part 6?**

☑ No
☐ Yes

Debtor    **Fulcrum Exploration, LLC**      Case number (if known)   **18-32070-sgj11**
      Name

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**
   - ☒ No
   - ☐ Yes

## Part 7:   Office furniture, fixtures, and equipment; and collectibles

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**
   - ☐ No. Go to Part 8.
   - ☒ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **39. Office furniture** | | | |
| See attached Exhibit 39 | **$2,000.00** | Salvage Value | **$5,000.00** |
| **40. Office fixtures** | | | |
| **41. Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| **42. Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |

43. **Total of Part 7.**
   Add lines 39 through 42. Copy the total to line 86.       **$5,000.00**

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
   - ☐ No
   - ☒ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
   - ☒ No
   - ☐ Yes

## Part 8:   Machinery, equipment, and vehicles

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**
   - ☐ No. Go to Part 9.
   - ☒ Yes. Fill in the information below.

| General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **47. Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| **48. Watercraft, trailers, motors, and related accessories** Examples: Boats trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| **49. Aircraft and accessories** | | | |
| **50. Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** | | | |
| See attached Exhibit 50 | **$1,859,946.00** | Salvage Value | **$2,000,000.00** |

51. **Total of Part 8.**
   Add lines 47 through 50. Copy the total to line 87.       **$2,000,000.00**

| Debtor | **Fulcrum Exploration, LLC** | Case number (if known) | **18-32070-sgj11** |
| --- | --- | --- | --- |
| | Name | | |

**52. Is a depreciation schedule available for any of the property listed in Part 8?**
- ☐ No
- ☑ Yes

**53. Has any of the property listed in Part 8 been appraised by a professional within the last year?**
- ☑ No
- ☐ Yes

## Part 9:  Real property

**54. Does the debtor own or lease any real property?**

- ☐ No. Go to Part 10.
- ☑ Yes. Fill in the information below.

**55. Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
| --- | --- | --- | --- | --- |
| 55.1.  **See attached Exhibit 55.1** | **Oil and Gas** | **Unknown** | **Fair Market Value** | **$16MM - $20MM** |

**56. Total of Part 9.**
Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.  Copy the total to line 88.

| **$16MM - $20MM** |
| --- |

**57. Is a depreciation schedule available for any of the property listed in Part 9?**
- ☑ No
- ☐ Yes

**58. Has any of the property listed in Part 9 been appraised by a professional within the last year?**
- ☐ No
- ☑ Yes

## Part 10:  Intangibles and Intellectual Property

**59. Does the debtor have any interests in intangibles or intellectual property?**

- ☐ No. Go to Part 11.
- ☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
| --- | --- | --- | --- |
| **60. Patents, copyrights, trademarks, and trade secrets** | | | |
| **61. Internet domain names and websites** | | | |
| **62. Licenses, franchises, and royalties** | | | |
| **63. Customer lists, mailing lists, or other compilations** | | | |
| **64. Other intangibles, or intellectual property** | | | |
| **Seismic Data** | **Unknown** | **Cost** | **Unknown** |
| **65. Goodwill** | | | |

**66. Total of Part 10.**
Add lines 60 through 65.  Copy the total to line 89.

| **$0.00** |
| --- |

Debtor __**Fulcrum Exploration, LLC**__ Case number (if known) __18-32070-sgj11__
Name

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)**?**
☑ No
☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
☑ No
☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
☑ No
☐ Yes

### Part 11: All other assets

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☑ No. Go to Part 12.
☐ Yes. Fill in the information below.

**Current value of debtor's interest**

71. **Notes receivable**

Description (include name of obligor)

72. **Tax refunds and unused net operating losses (NOLs)**

Description (for example, federal, state, local)

73. **Interests in insurance policies or annuities**

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

76. **Trusts, equitable or future interests in property**

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

78. **Total of Part 11.**
Add lines 71 through 77. Copy the total to line 90.

$0.00

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
☑ No
☐ Yes

Debtor    __Fulcrum Exploration, LLC__        Case number (if known)   __18-32070-sgj11__
Name

## Part 12: Summary

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | **$124,970.64** | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | **$804.00** | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | **$161,712.00** | |
| 83. **Investments.** *Copy line 17, Part 4.* | **$0.00** | |
| 84. **Inventory.** *Copy line 23, Part 5.* | **$25,000.00** | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | **$0.00** | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | **$5,000.00** | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | **$2,000,000.00** | |
| 88. **Real property.** *Copy line 56, Part 9* ................................. ➔ | | **$18,400,000.00** |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | **$0.00** | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + **$0.00** | |
| 91. **Total.** Add lines 80 through 90 for each column. 91a. | **$2,317,486.64** + 91b. | **$18,400,000.00** |

92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92 ................................................................................... **$20,717,486.64**

**Fill in this information to identify the case:**

Debtor name **Fulcrum Exploration, LLC**

United States Bankruptcy Court for the: **NORTHERN DISTRICT OF TEXAS**

Case number **18-32070-sgj11**
(if known)

☐ Check if this is an
amended filing

Official Form 206D

## Schedule D: Creditors Who Have Claims Secured by Property 12/15

Be as complete and accurate as possible.

1. **Do any creditors have claims secured by debtor's property?**

   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

   ☑ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
|---|---|

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | *Column A* **Amount of claim** Do not deduct the value of collateral. | *Column B* **Value of collateral that supports this claim** |
|---|---|---|---|
| **2.1** **Creditor's name** Veritex Community Bank | **Describe debtor's property that is subject to a lien** Oil Producing Properties | $8,264,981.38 | $18,400,000.00 |
| **Creditor's mailing address** Attn. Patrick Johnson | **Describe the lien** Oil and Gas Mortgage | | |
| 8214 Westchester Drive, Suite 100 | **Is the creditor an insider or related party?** ☑ No ☐ Yes | | |
| Dallas TX 75225 | | | |
| **Creditor's email address, if known** | **Is anyone else liable on this claim?** ☐ No ☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| **Date debt was incurred** | **As of the petition filing date, the claim is:** Check all that apply. ☐ Contingent ☐ Unliquidated ☐ Disputed | | |
| **Last 4 digits of account number** ___ ___ ___ ___ | | | |
| **Do multiple creditors have an interest in the same property?** ☑ No ☐ Yes. Specify each creditor, including this creditor, and its relative priority. | | | |

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.** | $8,264,981.38

**Fill in this information to identify the case:**

Debtor     **Fulcrum Exploration, LLC**

United States Bankruptcy Court for the: **NORTHERN DISTRICT OF TEXAS**

Case number   **18-32070-sgj11**
(if known)

☐ Check if this is an amended filing

Official Form 206E/F

## Schedule E/F: Creditors Who Have Unsecured Claims     12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

    ☐ No. Go to Part 2.
    ☑ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or part.**

    If more space is needed for priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  |  | Total claim | Priority amount |
|---|---|---|---|---|

| **2.1** Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $737.50 | $737.50 |
|---|---|---|---|

**Internal Revenue Service**

**P.O. Box 7346**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Philadelphia     PA     19101-7346**

Basis for the claim:

**941 Taxes**

Date or dates debt was incurred

Is the claim subject to offset?

☑ No
☐ Yes

Last 4 digits of account number   __ __ __ __

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a)( **8** )

| **2.2** Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $78.00 | $78.00 |
|---|---|---|---|

**Oklahoma Tax Commission**

**General Counsel's Office**

**100 N Broadway Ave, Suite 1500**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Oklahoma City     OK     73102-8601**

Basis for the claim:

**State Income Tax**

Date or dates debt was incurred

Is the claim subject to offset?

☑ No
☐ Yes

Last 4 digits of account number   __ __ __ __

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a)( **8** )

Debtor __**Fulcrum Exploration, LLC**_____ Case number (if known) __**18-32070-sgj11**____

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If more space is needed for nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

Amount of claim

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $5,683.14 |

Check all that apply.

**Barnett Bit, LLC**

**P.O. Box 9010**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

**Wichita Fallas**     **TX**    **76308**     **Trade Payables**

Date or dates debt was incurred

Is the claim subject to offset?

☒ No
☐ Yes

Last 4 digits of account number   __ __ __ __

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $63,200.00 |

Check all that apply.

**Bill Sink**

**6005 Delta Place**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

**Plano**     **TX**    **75094**     **Sub Debt**

Date or dates debt was incurred

Is the claim subject to offset?

☒ No
☐ Yes

Last 4 digits of account number   __ __ __ __

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $6,243.94 |

Check all that apply.

**Cimarron Pump & Supply**

**201 S. Oklahoma Ave.**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

**Drumright**     **OK**    **74030**     **Trade Payables**

Date or dates debt was incurred

Is the claim subject to offset?

☒ No
☐ Yes

Last 4 digits of account number   __ __ __ __

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,317.44 |

Check all that apply.

**City of Frederick Utility Department**

**P.O. Box 399**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

**Frederick**     **OK**    **73542**     **Utility**

Date or dates debt was incurred

Is the claim subject to offset?

☒ No
☐ Yes

Last 4 digits of account number   __ __ __ __

Debtor __Fulcrum Exploration, LLC__                    Case number (if known) __18-32070-sgj11__

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.5** Nonpriority creditor's name and mailing address

__Conner & Winters, LLP__

__4000 One Williams Center__

__Tulsa__                __OK__    __74172-0148__

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
__Services Rendered__

Is the claim subject to offset?
☑ No
☐ Yes

**$2,624.11**

---

**3.6** Nonpriority creditor's name and mailing address

__David L. Whitehead__

__3503 Kessler Boulevard__

__Wichita Falls__        __TX__    __76309__

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
__Trade Payables__

Is the claim subject to offset?
☑ No
☐ Yes

**$450.00**

---

**3.7** Nonpriority creditor's name and mailing address

__Davidson PWA__

__P.O. Box 308__

__Davidson__            __OK__    __73530__

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
__Trade Payables__

Is the claim subject to offset?
☑ No
☐ Yes

**$44.44**

---

**3.8** Nonpriority creditor's name and mailing address

__Derek Jensen__

__1640 Meadows Ave.__

__Argyle__              __TX__    __76226__

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
__Sub Debt__

Is the claim subject to offset?
☑ No
☐ Yes

**$45,392.43**

---

Debtor __Fulcrum Exploration, LLC__      Case number (if known) __18-32070-sgj11__

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.9**   Nonpriority creditor's name and mailing address

__Double A Pump and Supply, Inc.__

__900 Hwy. 287 East__

__P.O. Box 1572__

__Vernon__    TX    76385

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
__Vendor__

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$8,623.82**

---

**3.10**   Nonpriority creditor's name and mailing address

__FedEx__

__P.O. Box 660481__

__Dallas__    TX    75266-0481

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
__Vendor__

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$72.43**

---

**3.11**   Nonpriority creditor's name and mailing address

__Flusche Supply, Inc.__

__Highway 25 South__

__P.O. Box 351__

__Electra__    TX    76360

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
__Vendor__

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$2,609.68**

---

**3.12**   Nonpriority creditor's name and mailing address

__Frontier Communications__

__P.O. Box 740407__

__Cincinnati__    OH    45274-0407

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
__Trade Payables__

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$892.55**

---

Debtor     **Fulcrum Exploration, LLC**                          Case number (if known)  **18-32070-sgj11**

| **Part 2:** | **Additional Page** |
| --- | --- |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$287,100.00** |
| --- | --- | --- | --- |

**Fulcrum Point Technologies**

**3700 River Walk Dr., Suite 175**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

**Flower Mound**        **TX    75028**        **Sub Debt**

Date or dates debt was incurred                          Is the claim subject to offset?

Last 4 digits of account number   __ __ __ __      ☑ No
☐ Yes

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$517.71** |
| --- | --- | --- | --- |

**Geomap Company**

**1100 Geomap Lane**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

**Plano**        **TX    75074-7199**        **Vendor**

Date or dates debt was incurred                          Is the claim subject to offset?

Last 4 digits of account number   __ __ __ __      ☑ No
☐ Yes

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$19,068.62** |
| --- | --- | --- | --- |

**Halliburton**

**P.O. Box 301341**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

**Dallas**        **TX    75303-1341**        **Vendor**

Date or dates debt was incurred                          Is the claim subject to offset?

Last 4 digits of account number   __ __ __ __      ☑ No
☐ Yes

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$16,264.12** |
| --- | --- | --- | --- |

**Health Care Service Corp.**

**P.O. Box 731428**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

**Dallas**        **TX    75373-1428**        **Insurance**

Date or dates debt was incurred                          Is the claim subject to offset?

Last 4 digits of account number   __ __ __ __      ☑ No
☐ Yes

Debtor   **Fulcrum Exploration, LLC**                             Case number (if known)   **18-32070-sgj11**

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.                    Amount of claim

---

**3.17** Nonpriority creditor's name and mailing address                       As of the petition filing date, the claim is:                    **$526.06**
                                                                               *Check all that apply.*
**Heidi Carbo**                                                                ☐ Contingent
**4562 Siena Drive**                                                           ☐ Unliquidated
                                                                               ☐ Disputed

                                                                               Basis for the claim:
**Frisco**                     **TX**     **75033**                            **Services Rendered**

Date or dates debt was incurred    _____                         Is the claim subject to offset?

Last 4 digits of account number    ___ ___ ___ ___                             ☑ No
                                                                               ☐ Yes

---

**3.18** Nonpriority creditor's name and mailing address                       As of the petition filing date, the claim is:                    **$83,641.61**
                                                                               *Check all that apply.*
**Holli-Tex Supply Co.**                                                       ☐ Contingent
**Drawer 400**                                                                 ☐ Unliquidated
                                                                               ☐ Disputed

                                                                               Basis for the claim:
**Holliday**                   **TX**     **76366**                            **Vendor**

Date or dates debt was incurred    _____                         Is the claim subject to offset?

Last 4 digits of account number    ___ ___ ___ ___                             ☑ No
                                                                               ☐ Yes

---

**3.19** Nonpriority creditor's name and mailing address                       As of the petition filing date, the claim is:                    **$1,993.79**
                                                                               *Check all that apply.*
**Ian Avery**                                                                  ☐ Contingent
**3290 West Osage**                                                            ☐ Unliquidated
                                                                               ☐ Disputed

                                                                               Basis for the claim:
**Duncan**                     **OK**     **73533**                            **Services Rendered**

Date or dates debt was incurred    _____                         Is the claim subject to offset?

Last 4 digits of account number    ___ ___ ___ ___                             ☑ No
                                                                               ☐ Yes

---

**3.20** Nonpriority creditor's name and mailing address                       As of the petition filing date, the claim is:                    **$5,952.50**
                                                                               *Check all that apply.*
**Impac Exploration Services**                                                 ☐ Contingent
**1501 Lera Drive, Suite 3**                                                   ☐ Unliquidated
                                                                               ☐ Disputed

                                                                               Basis for the claim:
**Weatherford**                **OK**     **73096**                            **Vendor**

Date or dates debt was incurred    _____                         Is the claim subject to offset?

Last 4 digits of account number    ___ ___ ___ ___                             ☑ No
                                                                               ☐ Yes

---

| | |
|---|---|
| Debtor **Fulcrum Exploration, LLC** | Case number (if known) **18-32070-sgj11** |

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $217,385.02 |
|---|---|---|---|

Keith Sheldon

3 Groves Circle

☐ Contingent
☐ Unliquidated
☐ Disputed

| Argyle | TX | 76226 |

**Basis for the claim:** Sub Debt

Date or dates debt was incurred

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $390.00 |
|---|---|---|---|

Kurt M. Daniel, P.C.

4849 Greenville Ave., Suite 1111

☐ Contingent
☐ Unliquidated
☐ Disputed

| Dallas | TX | 75206-4192 |

**Basis for the claim:** Services Rendered

Date or dates debt was incurred

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

| 3.23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $25,000.00 |
|---|---|---|---|

Lisa Garwood

5782 Wedgewood Dr.

☐ Contingent
☐ Unliquidated
☐ Disputed

| Morrow | OH | 45152 |

**Basis for the claim:** Sub Debt

Date or dates debt was incurred

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

| 3.24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,789,078.98 |
|---|---|---|---|

Louis Ouellette

31 Rue Borque

Gatineau, Quebec J8Y 1X2

Canada

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Sub Debt

Date or dates debt was incurred

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

Debtor    **Fulcrum Exploration, LLC**                 Case number (if known)   **18-32070-sgj11**

## Part 2:    Additional Page

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

                                                                              Amount of claim

**3.25**    Nonpriority creditor's name and mailing address        As of the petition filing date, the claim is:            **$125,392.43**

**Michael Graham**

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**923 Noble Champions Way**

Basis for the claim:
**Sub Debt**

**Bartonville**           **TX**    **76226**

Date or dates debt was incurred

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Last 4 digits of account number    __ __ __ __

---

**3.26**    Nonpriority creditor's name and mailing address        As of the petition filing date, the claim is:            **$13,089.00**

**Midwestern Mud Service**

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**811 Sixth Street, Suite 205**

Basis for the claim:
**Vendor**

**Wichita Falls**        **TX**    **76301**

Date or dates debt was incurred

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Last 4 digits of account number    __ __ __ __

---

**3.27**    Nonpriority creditor's name and mailing address        As of the petition filing date, the claim is:            **$5,345.85**

**OS&S Operating, Inc.**

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**P.O. Box 311**

Basis for the claim:
**Vendor**

**Electra**           **TX**    **76360**

Date or dates debt was incurred

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Last 4 digits of account number    __ __ __ __

---

**3.28**    Nonpriority creditor's name and mailing address        As of the petition filing date, the claim is:            **$169,215.13**

**Quasar Energy Services, Inc.**

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**3288 FM 51**

Basis for the claim:
**Vendor**

**Gainesville**           **TX**    **76240-0208**

Date or dates debt was incurred

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Last 4 digits of account number    __ __ __ __

| Debtor | **Fulcrum Exploration, LLC** | Case number (if known) | **18-32070-sgj11** |
|---|---|---|---|

**Part 2:**    **Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| **3.29** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$7,631.46** |
|---|---|---|---|

**Raymond's Welding & Machine Shop, Inc.**

**Box 148**

☐ Contingent
☐ Unliquidated
☐ Disputed

| **Kamay** | **TX** | **76369** |
|---|---|---|

Basis for the claim:
**Vendor**

Date or dates debt was incurred

Is the claim subject to offset?
☒ No
☐ Yes

Last 4 digits of account number   __ __ __ __

---

| **3.30** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$332,149.22** |
|---|---|---|---|

**Red River Petroleum, Inc.**

**310 E. Main**

**P.O. Box 351**

☐ Contingent
☐ Unliquidated
☐ Disputed

| **Tipton** | **OK** | **73570** |
|---|---|---|

Basis for the claim:
**Vendor**

Date or dates debt was incurred

Is the claim subject to offset?
☒ No
☐ Yes

Last 4 digits of account number   __ __ __ __

---

| **3.31** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$44,800.00** |
|---|---|---|---|

**Scott Douglas**

**7381 Bright Place**

☐ Contingent
☐ Unliquidated
☐ Disputed

| **Pilot Point** | **TX** | **76258** |
|---|---|---|

Basis for the claim:
**Sub Debt**

Date or dates debt was incurred

Is the claim subject to offset?
☒ No
☐ Yes

Last 4 digits of account number   __ __ __ __

---

| **3.32** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$24,427.75** |
|---|---|---|---|

**Spruiell Drilling Company, Inc.**

**P.O. Box 946**

☐ Contingent
☐ Unliquidated
☐ Disputed

| **Iowa Park** | **TX** | **76367** |
|---|---|---|

Basis for the claim:
**Vendor**

Date or dates debt was incurred

Is the claim subject to offset?
☒ No
☐ Yes

Last 4 digits of account number   __ __ __ __

---

| Debtor | Fulcrum Exploration, LLC | Case number (if known) | 18-32070-sgj11 |
|---|---|---|---|

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.33** Nonpriority creditor's name and mailing address

STRC Oilfield Technology, LLC

327 N. Denton Street, Suite 100

Weatherford     TX     76086

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim:
**Vendor**

Is the claim subject to offset?
- [x] No
- [ ] Yes

**$27,672.92**

---

**3.34** Nonpriority creditor's name and mailing address

SWRE

700 N. Broadway

P.O. Box 310

Tipton     OK     73570

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim:
**Utility**

Is the claim subject to offset?
- [x] No
- [ ] Yes

**$12,518.52**

---

**3.35** Nonpriority creditor's name and mailing address

Thomas Oil Tools, LLC

P.O. Box 1707

Duncan     OK     73534

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim:
**Vendor**

Is the claim subject to offset?
- [x] No
- [ ] Yes

**$26,465.94**

---

**3.36** Nonpriority creditor's name and mailing address

Thomas Pump & Equipment, LLC

P.O. Box 893

Electra     TX     76360

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim:
**Vendor**

Is the claim subject to offset?
- [x] No
- [ ] Yes

**$16,143.64**

---

Debtor __Fulcrum Exploration, LLC__      Case number (if known) __18-32070-sgj11__

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

| | | Amount of claim |
|---|---|---|

| 3.37 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,825.50 |
|---|---|---|---|

**Topographic Land Surveyors, Inc.**

**1400 Everman Pkwy, Suite 197**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**

**Vendor**

| Fort Worth | TX | 76140 |

**Date or dates debt was incurred** _____

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

**Last 4 digits of account number** __ __ __ __

---

| 3.38 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $358.13 |
|---|---|---|---|

**Vulcan Inc.**

**P.O. Box 1850**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**

**Vendor**

| Foley | AL | 36536-1850 |

**Date or dates debt was incurred** _____

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

**Last 4 digits of account number** __ __ __ __

---

| 3.39 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $244.18 |
|---|---|---|---|

**Waste Connections of Texas**

**P.O. Box 660389**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**

**Services Rendered**

| Dallas | TX | 75266-0389 |

**Date or dates debt was incurred** _____

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

**Last 4 digits of account number** __ __ __ __

---

| 3.40 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,890.28 |
|---|---|---|---|

**Winder Motor & Electrical Supply Inc.**

**P.O. Box 546**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**

**Vendor**

| Electra | TX | 76360 |

**Date or dates debt was incurred** _____

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

**Last 4 digits of account number** __ __ __ __

Debtor **Fulcrum Exploration, LLC**                                    Case number (if known) **18-32070-sgj11**

| Part 2: | Additional Page |
| --- | --- |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.41 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$8,177.69** |

**Young Electric, Inc.**

**400 S. Grady**

**P.O. Box 822**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Altus**                          OK      **73522**

**Basis for the claim:**

**Vendor**

Date or dates debt was incurred

Last 4 digits of account number    __ __   __ __   __ __   __ __

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor __**Fulcrum Exploration, LLC**__      Case number (if known) __**18-32070-sgj11**__

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

**5.**    **Add the amounts of priority and nonpriority unsecured claims.**

**Total of claim amounts**

| | | | |
|---|---|---|---|
| 5a. | **Total claims from Part 1** | 5a. | **$815.50** |
| 5b. | **Total claims from Part 2** | 5b. **+** | **$4,405,420.03** |
| 5c. | **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | **$4,406,235.53** |

**Fill in this information to identify the case:**

Debtor name     **Fulcrum Exploration, LLC**

United States Bankruptcy Court for the: **NORTHERN DISTRICT OF TEXAS**

Case number     **18-32070-sgj11**          Chapter     **11**
(if known)

☐ Check if this is an
amended filing

Official Form 206G

## Schedule G: Executory Contracts and Unexpired Leases          12/15

Be as complete and accurate as possible.  If more space is needed, copy and attach the additional page, numbering the entries
consecutively.

1.    **Does the debtor have any executory contracts or unexpired leases?**

☐   No.  Check this box and file this form with the court with the debtor's other schedules.  There is nothing else to report on this form.

☑   Yes.  Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property*
(Official Form 206A/B).

2.    **List all contracts and unexpired leases**

**State the name and mailing address for all other
parties with whom the debtor has an executory
contract or unexpired lease**

2.1    **State what the contract**     **See Exhibit G**          **Attached**
       **or lease is for and the**
       **nature of the debtor's**
       **interest**

       **State the term remaining**

       **List the contract**
       **number of any**
       **government contract**

**Fill in this information to identify the case:**

Debtor name **Fulcrum Exploration, LLC**

United States Bankruptcy Court for the: **NORTHERN DISTRICT OF TEXAS**

Case number **18-32070-sgj11**
(if known)

☐ Check if this is an
amended filing

Official Form 206H

## Schedule H: Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

1. **Does the debtor have any codebtors?**

   ☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

   ☑ Yes

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, _Schedules D-G._ Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.**

| Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | Check all schedules that apply: |
| 2.1 **Derek Jensen** | **1640 Meadows Ave.** <br> Number Street <br><br> **Argyle** **TX** **76226** <br> City State ZIP Code | **Veritex Community Bank** | ☑ D <br> ☐ E/F <br> ☐ G |
| 2.2 **Michael Graham** | **923 Noble Champions Way** <br> Number Street <br><br> **Bartonville** **TX** **76226** <br> City State ZIP Code | **Veritex Community Bank** | ☑ D <br> ☐ E/F <br> ☐ G |
| 2.3 **Scott Douglas** | **7381 Bright Place** <br> Number Street <br><br> **Pilot Point** **TX** **76258** <br> City State ZIP Code | **Veritex Community Bank** | ☑ D <br> ☐ E/F <br> ☐ G |
| 2.4 **Scott Kravetz** | **415 Old Court Street** <br> Number Street <br><br> **Cincinnati** **OH** **45203** <br> City State ZIP Code | **Veritex Community Bank** | ☑ D <br> ☐ E/F <br> ☐ G |

Debtor    **Fulcrum Exploration, LLC**                    Case number (if known)  **18-32070-sgj11**

## Additional Page if Debtor Has More Codebtors

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | | Column 2: **Creditor** | |
|---|---|---|---|---|

| | Name | Mailing address | Name | Check all schedules that apply: |
|---|---|---|---|---|
| 2.5 | Steve Taylor | **1440 Buena Park Drive** <br> Number  Street <br><br> **Frisco**  **TX**  **75033** <br> City  State  ZIP Code | **Veritex Community Bank** | ☑ D <br> ☐ E/F <br> ☐ G |
| 2.6 | William Sink | **6005 Delta Place** <br> Number  Street <br><br> **Plano**  **TX**  **75094** <br> City  State  ZIP Code | **Veritex Community Bank** | ☑ D <br> ☐ E/F <br> ☐ G |

**Fill in this information to identify the case:**

Debtor Name **Fulcrum Exploration, LLC**

United States Bankruptcy Court for the: **NORTHERN DISTRICT OF TEXAS**

Case number (if known): **18-32070-sgj11**

☐ Check if this is an amended filing

Official Form 206Sum

## Summary of Assets and Liabilities for Non-Individuals

12/15

### Part 1:  Summary of Assets

1.   *Schedule A/B: Assets--Real and Personal Property* (Official Form 206A/B)

    1a.  **Real property:**
    Copy line 88 from Schedule A/B............................................................................................... | **$18,400,000.00**

    1b.  **Total personal property:**
    Copy line 91A from Schedule A/B............................................................................................. | **$2,317,486.64**

    1c.  **Total of all property**
    Copy line 92 from Schedule A/B............................................................................................... | **$20,717,486.64**

### Part 2:  Summary of Liabilities

2.   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
    Copy the total dollar amount listed in Column A, Amount of claim, from line 3 of Schedule D...................................... | **$8,264,981.38**

3.   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

    3a.  **Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of Schedule E/F............................................................. | **$815.50**

    3b.  **Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of Schedule E/F................................................. | **+ $4,405,420.03**

4.   **Total liabilities**
    Lines 2 + 3a + 3b.................................................................................................................. | **$12,671,216.91**

**Fill in this information to identify the case and this filing:**

Debtor Name    **Fulcrum Exploration, LLC**

United States Bankruptcy Court for the: **NORTHERN DISTRICT OF TEXAS**

Case number    **18-32070-sgj11**
(if known)

Official Form 202

## Declaration Under Penalty of Perjury for Non-Individual Debtors                    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and
submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included
in the document, and any amendments of those documents. This form must state the individual's position or relationship to
the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or
property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or
both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership;
or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and
correct:

☑ *Schedule A/B: Assets--Real and Personal Property* (Official Form 206A/B)

☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☑ *Schedule H: Codebtors* (Official Form 206H)

☑ *A Summary of Assets and Liabilities for Non-Individuals* (Official Form 206-Summary)

☐ Amended Schedule _____

☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders*
(Official Form 204)

☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **07/24/2018**          X _____
            MM / DD / YYYY              Signature of individual signing on behalf of debtor

                              **Derek Jensen** _____
                              Printed name

                              **President** _____
                              Position or relationship to debtor

InterFlorum Exploration, LLC
Case No. 18-32070-SGJ-11
Schedule A/B: Part 7, Question 39

| Office Fixtures | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Sch Number | Item | Office/ Equip | Date Aquired | Cost | Current 179 | Prior 179 | Life | Current Depr | Book Value |
| 1 | Computer | O | 1/23/15 | 1,406 | - | 731 | 5 | 270 | 405 |
| 152 | Printer | O | 11/30/17 | 964 | | 964 | 7 | - | - |
| 153 | Shredder | O | 11/30/07 | 107 | | 107 | 7 | - | - |
| 154 | Laptop | O | 1/16/08 | 2,083 | | 2,083 | 5 | - | - |
| 158 | Telephone Stystem | O | 6/21/10 | 2,571 | | 2,457 | 7 | 114 | - |
| 159 | Computer | O | 1/10/11 | 3,495 | | 3,495 | 5 | - | - |
| 160 | Computer | O | 5/11/11 | 1,990 | | 1,990 | 5 | - | - |
| 161 | Computer | O | 10/1/14 | 1,822 | | 1,297 | 5 | 210 | 315 |
| 162 | Printer | O | 10/1/14 | 431 | | 242 | 7 | 54 | 135 |
| 163 | Computer | O | 11/20/14 | 1,410 | | 1,004 | 5 | 162 | 244 |
| 182 | Macbook Pro | O | 8/7/17 | 2,253 | 1,127 | | 5 | 225 | 901 |
| | Multiples Desks, Couches and Other Office Furniture | | | | | | | | |
| | | | | 18,532 | 1,127 | 14,370 | 63 | 1,035 | 2,000 |

EXHIBIT

39

exhibitsticker.com

Micro Exploration, LLC
Case No. 18-32070-SGJ-11
Schedule A/B: Part 8, Question 50

EXHIBIT

50

exhibitsticker.com

| Sch Number | Item | Office/ Equip | Date Aquired | Cost | Current 179 | Prior 179 | Life | Current Depr | Book Value |
|---|---|---|---|---|---|---|---|---|---|
| 2 | Cowan Pump | E | 5/18/15 | 3,016 | - | 1,170 | 7 | 527 | 1,319 |
| 3 | Cowan Panel | E | 7/14/15 | 4,109 | - | 1,593 | 7 | 719 | 1,797 |
| 4 | Frederick Tubing | E | 7/21/15 | 20,118 | - | 7,801 | 7 | 3,519 | 8,798 |
| 5 | Frederick Equip | E | 9/8/15 | 1,838 | - | 713 | 7 | 321 | 804 |
| 6 | Frederick Equip | E | 9/8/15 | 3,675 | - | 1,425 | 7 | 643 | 1,607 |
| 7 | Cowan Equip | E | 9/8/15 | 9,996 | - | 3,876 | 7 | 1,748 | 4,372 |
| 8 | Cowan Plunger | E | 10/15/15 | 1,736 | - | 673 | 7 | 304 | 759 |
| 9 | Hinson Plunger | E | 10/15/15 | 2,814 | - | 1,091 | 7 | 492 | 1,231 |
| 10 | Noman Trust Equp | E | 11/8/07 | 117,693 | - | 117,693 | 7 | - | - |
| 11 | Miller Equip | E | 5/23/08 | 165,127 | - | 165,127 | 7 | - | - |
| 12 | Hinson Equip | E | 7/11/08 | 143,172 | - | 143,172 | 7 | - | - |
| 13 | Cowan Equip | E | 9/11/08 | 160,819 | - | 160,819 | 7 | - | - |
| 14 | Peter Equip | E | 11/25/08 | 156,546 | - | 156,546 | 7 | - | - |
| 15 | Cowan Pump Jack | E | 11/25/08 | 39,464 | - | 39,464 | 7 | - | - |
| 16 | Cowan Equip | E | 12/30/08 | 104,284 | - | 104,284 | 7 | - | - |
| 17 | Cowan Equip | E | 1/2/09 | 21,365 | - | 21,365 | 7 | - | - |
| 18 | Gibson Equip | E | 4/7/09 | 51,000 | - | 51,000 | 7 | - | - |
| 19 | Hinson Equip | E | 7/18/09 | 106,983 | - | 105,834 | 7 | - | 1,149 |
| 20 | Miller Equip | E | 9/30/09 | 157,091 | - | 155,821 | 7 | - | 1,270 |
| 21 | Peter Equip | E | 10/21/09 | 4,028 | - | 3,900 | 7 | - | 128 |
| 22 | Frederick | E | 11/25/09 | 140,651 | - | 137,266 | 7 | - | 3,385 |
| 23 | Frederick Knockout | E | 11/25/09 | 3,350 | - | 3,247 | 7 | - | 103 |
| 24 | Norman Equip | E | 11/27/09 | 73,393 | - | 71,059 | 7 | - | 2,334 |
| 25 | Norman Equip | E | 1/1/10 | 30,563 | - | 28,994 | 7 | 1,363 | 206 |
| 26 | Norman Wiring | E | 1/1/10 | 8,451 | - | 8,074 | 7 | 377 | - |
| 27 | Norman Casing | E | 2/1/10 | 42,562 | - | 40,665 | 7 | 1,897 | - |
| 28 | Peter Tank | E | 3/30/10 | 7,884 | - | 7,533 | 7 | 351 | - |
| 29 | Morgan Equip | E | 4/12/10 | 178,897 | - | 170,923 | 7 | 7,974 | - |
| 30 | Frederick Equip | E | 4/28/10 | 78,692 | - | 75,184 | 7 | 3,508 | - |
| 31 | Cowan Tank | E | 5/20/10 | 7,910 | - | 7,557 | 7 | 353 | - |
| 32 | CowanTubing | E | 5/20/10 | 20,734 | - | 19,810 | 7 | 924 | - |
| 33 | Frederick Equip | E | 8/11/10 | 137,457 | - | 131,331 | 7 | 6,126 | - |
| 34 | Frederick Equip | E | 9/15/10 | 26,207 | - | 25,039 | 7 | 1,168 | - |
| 35 | Frederick Tubing | E | 1/1/11 | 53,802 | - | 46,597 | 7 | 4,805 | 2,400 |
| 36 | Taylor Equip | E | 7/19/11 | 161,045 | - | 139,477 | 7 | 14,381 | 7,187 |
| 37 | Frederick Tubing | E | 9/30/11 | 14,007 | - | 12,130 | 7 | 1,251 | 626 |
| 38 | Frederick Knockout | E | 9/30/11 | 1,889 | - | 1,636 | 7 | 169 | 84 |
| 39 | Frederick Equip | E | 11/28/11 | 114,303 | - | 98,996 | 7 | 10,207 | 5,100 |
| 40 | Cowan Equip | E | 1/13/12 | 92,638 | - | 75,591 | 7 | 8,263 | 8,784 |
| 41 | Frederick Equip | E | 3/15/12 | 4,478 | - | 3,654 | 7 | 399 | 425 |
| 42 | Frederick Equip | E | 5/29/12 | 63,363 | - | 50,053 | 7 | 5,652 | 7,658 |
| 43 | Frederick Equip | E | 8/30/12 | 34,445 | - | 26,313 | 7 | 3,072 | 5,060 |
| 44 | Clayton Equip | E | 9/13/12 | 186,101 | - | 142,166 | 7 | 16,600 | 27,335 |
| 45 | Norman Equip | E | 10/1/12 | 413 | - | 305 | 7 | 37 | 71 |
| 46 | Morgan Equip | E | 10/2/12 | 520 | - | 383 | 7 | 46 | 91 |
| 47 | Miler Equip | E | 10/22/12 | 1,074 | - | 792 | 7 | 96 | 186 |
| 48 | Cowan Equip | E | 10/23/12 | 4,699 | - | 3,468 | 7 | 419 | 812 |
| 49 | Hinson Equip | E | 10/23/12 | 2,186 | - | 1,612 | 7 | 195 | 379 |
| 50 | Frederick Equip | E | 11/12/12 | 1,317 | - | 972 | 7 | 117 | 228 |
| 51 | Taylor Equip | E | 11/12/12 | 2,027 | - | 1,496 | 7 | 181 | 350 |
| 52 | Norman Equip | E | 11/21/12 | 1,579 | - | 1,165 | 7 | 141 | 273 |
| 53 | Cowan Equip | E | 11/25/12 | 15,409 | - | 11,370 | 7 | 1,374 | 2,665 |
| 54 | Frederick Equip | E | 12/7/12 | 45,764 | - | 33,769 | 7 | 4,082 | 7,913 |
| 55 | Frederick Equip | E | 12/7/12 | 5,734 | - | 4,231 | 7 | 511 | 992 |
| 56 | Cowan Equip | E | 12/12/12 | 6,473 | - | 4,776 | 7 | 577 | 1,120 |
| 57 | Clayton Equip | E | 12/13/12 | 18,062 | - | 13,328 | 7 | 1,611 | 3,123 |
| 58 | Mary H Equip | E | 12/13/12 | 123,200 | - | 90,908 | 7 | 10,989 | 21,303 |
| 59 | Frederick Equip | E | 12/13/12 | 5,532 | - | 4,082 | 7 | 493 | 957 |
| 60 | Frederick Equip | E | 12/21/12 | 26,526 | - | 19,107 | 7 | 2,366 | 5,053 |
| 61 | Peter Equip | E | 12/28/12 | 62,274 | - | 45,951 | 7 | 5,555 | 10,768 |
| 62 | TOS Equip | E | 1/2/13 | 131,799 | - | 90,622 | 7 | 11,770 | 29,407 |
| 63 | Frederick Equip | E | 2/4/13 | 1,214 | - | 835 | 7 | 108 | 271 |
| 64 | Frederick Equip | E | 2/10/13 | 4,464 | - | 3,070 | 7 | 399 | 995 |
| 65 | Cowan Equip | E | 2/16/13 | 515 | - | 354 | 7 | 46 | 115 |
| 66 | North Tipton Equip | E | 2/28/13 | 4,676 | - | 3,215 | 7 | 418 | 1,043 |
| 67 | Gbson Equip | E | 4/1/13 | 30,384 | - | 20,892 | 7 | 2,713 | 6,779 |
| 68 | Peter Pump | E | 4/1/13 | 48,241 | - | 33,170 | 7 | 4,308 | 10,763 |
| 69 | Frederick Equip | E | 5/4/13 | 3,520 | - | 2,421 | 7 | 314 | 785 |

Therachron Exploration, LLC
Case No. 18-32070-SGJ-11
Schedule A/B: Part 8, Question 50

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 70 | TOS Equip | E | 6/1/13 | 60,851 | - | 41,840 | 7 | 5,434 | 13,577 |
| 71 | Peter Equip | E | 6/1/13 | 4,277 | - | 2,940 | 7 | 382 | 955 |
| 72 | Cowan Equip | E | 6/24/13 | 12,932 | - | 8,891 | 7 | 1,155 | 2,886 |
| 73 | Frederick Equip | E | 6/28/13 | 31,135 | - | 21,408 | 7 | 2,780 | 6,947 |
| 74 | Frederick Equip | E | 8/20/13 | 21,597 | - | 14,849 | 7 | 1,929 | 4,819 |
| 75 | Frederick Equip | E | 9/5/13 | 90,229 | - | 62,040 | 7 | 8,057 | 20,132 |
| 76 | Treadwell Equip | E | 9/12/13 | 192,497 | - | 132,358 | 7 | 17,190 | 42,949 |
| 77 | Cowan Equip | E | 10/16/16 | 76,461 | - | 52,573 | 7 | 6,828 | 17,060 |
| 78 | Cowan Tank | E | 12/1/13 | 2,448 | - | 1,683 | 7 | 219 | 546 |
| 79 | Hinson Pump | E | 12/1/13 | 8,438 | - | 5,802 | 7 | 754 | 1,882 |
| 80 | Morgan Pump | E | 12/1/13 | 13,155 | - | 9,045 | 7 | 1,175 | 2,935 |
| 81 | Cowan Tank | E | 12/1/13 | 3,200 | - | 2,201 | 7 | 286 | 713 |
| 82 | Cowan Walkway | E | 12/1/13 | 202 | - | 138 | 7 | 18 | 46 |
| 83 | Cowan Pump | E | 12/1/13 | 39,541 | - | 27,188 | 7 | 3,531 | 8,822 |
| 84 | Cowan Knockout | E | 12/1/13 | 1,256 | - | 864 | 7 | 112 | 280 |
| 85 | Cowan Tanks | E | 12/1/13 | 5,745 | - | 3,951 | 7 | 513 | 1,281 |
| 86 | Cowan Transformer | E | 12/2/13 | 6,000 | - | 4,125 | 7 | 536 | 1,339 |
| 87 | Peter Equip | E | 2/7/14 | 963 | - | 542 | 7 | 120 | 301 |
| 88 | TOS Equip | E | 4/1/14 | 16,126 | - | 9,073 | 7 | 2,014 | 5,039 |
| 89 | Clayton Equip | E | 9/2/14 | 1,111 | - | 625 | 7 | 139 | 347 |
| 90 | Cowan Equip | E | 9/12/14 | 96,626 | - | 54,367 | 7 | 12,069 | 30,190 |
| 91 | Morgan Equip | E | 9/12/14 | 387 | - | 218 | 7 | 48 | 121 |
| 92 | Miller Equip | E | 9/12/14 | 8,175 | - | 4,600 | 7 | 1,021 | 2,554 |
| 93 | Cowan Equip | E | 9/22/14 | 51,339 | - | 36,553 | 7 | 5,914 | 8,872 |
| 94 | Frederick Equip | E | 9/23/14 | 43,523 | - | 24,489 | 7 | 5,436 | 13,598 |
| 95 | Cowan Equip | E | 9/29/14 | 128,547 | - | 72,328 | 7 | 16,056 | 40,163 |
| 96 | Frederick Equip | E | 10/6/14 | 5,627 | - | 3,166 | 7 | 703 | 1,758 |
| 97 | Cowan Equip | E | 11/13/14 | 11,291 | - | 6,353 | 7 | 1,410 | 3,528 |
| 98 | Taylor Equip | E | 11/13/14 | 45,536 | - | 25,621 | 7 | 5,687 | 14,228 |
| 99 | Frederick Equip | E | 11/19/14 | 64,437 | - | 36,256 | 7 | 8,048 | 20,133 |
| 100 | Cowan Equip | E | 11/19/14 | 1,120 | - | 630 | 7 | 140 | 350 |
| 101 | Hinson | E | 11/19/14 | 14,781 | - | 8,317 | 7 | 1,846 | 4,618 |
| 102 | Frederick Equip | E | 12/11/14 | 4,633 | - | 2,607 | 7 | 579 | 1,447 |
| 103 | Treadwell Pump | E | 12/12/14 | 9,037 | - | 5,085 | 7 | 1,129 | 2,823 |
| 104 | Mary H Equip | E | 1/1/16 | 31,041 | - | 7,760 | 7 | 6,652 | 16,629 |
| 105 | Hinson Equip | E | 1/1/16 | 11,025 | - | 2,756 | 7 | 2,363 | 5,906 |
| 106 | Cowan Equip | E | 1/1/16 | 2,867 | - | 717 | 7 | 614 | 1,536 |
| 107 | Peter Equip | E | 1/1/16 | 33,540 | - | 8,385 | 7 | 7,188 | 17,967 |
| 108 | Morgan Equip | E | 1/1/16 | 5,774 | - | 1,444 | 7 | 1,237 | 3,093 |
| 109 | Norman Equip | E | 1/1/16 | 255 | - | 64 | 7 | 55 | 136 |
| 110 | Cowan Equip | E | 1/1/16 | 2,776 | - | 694 | 7 | 595 | 1,487 |
| 111 | Cowan Equip | E | 1/1/16 | 8,902 | - | 2,226 | 7 | 1,908 | 4,768 |
| 112 | Hinson 2 Equip | E | 1/1/16 | 524 | - | 131 | 7 | 112 | 281 |
| 113 | Frederick Equip | E | 1/1/16 | 496 | - | 124 | 7 | 106 | 266 |
| 114 | Frederick 2 Equip | E | 1/1/16 | 1,679 | - | 420 | 7 | 360 | 899 |
| 115 | Frederick Equip | E | 1/1/16 | 1,873 | - | 468 | 7 | 401 | 1,004 |
| 116 | Taylor Equip | E | 1/1/16 | 5,337 | - | 1,334 | 7 | 1,144 | 2,859 |
| 117 | Frederick 4 Equip | E | 1/1/16 | 23,674 | - | 5,919 | 7 | 5,073 | 12,682 |
| 118 | Frederick 6 Equip | E | 1/1/16 | 36 | - | 9 | 7 | 8 | 19 |
| 119 | TOS Equip | E | 1/1/16 | 500 | - | 125 | 7 | 107 | 268 |
| 120 | North Tipton Equip | E | 10/1/16 | 467,267 | - | 308,927 | 7 | 45,238 | 113,102 |
| 121 | Treadwell Equp | E | 1/1/16 | 4,025 | - | 1,006 | 7 | 863 | 2,156 |
| 122 | Cowan 1 Equp | E | 1/1/16 | 726 | - | 182 | 7 | 156 | 388 |
| 123 | Cowan 5 Equip | E | 1/1/16 | 8,171 | - | 2,043 | 7 | 1,751 | 4,377 |
| 124 | HillEquip | E | 10/1/16 | 389,408 | - | 44,725 | 7 | 98,476 | 246,207 |
| 125 | Gyurman Equip | E | 10/1/16 | 258,815 | - | 193,384 | 7 | 18,694 | 46,737 |
| 126 | Grimes | E | 10/1/16 | 46,564 | - | 39,096 | 7 | 2,133 | 5,335 |
| 127 | Oden Abernathy Equi[ | E | 10/1/16 | 116,734 | - | 93,741 | 7 | 6,569 | 16,424 |
| 128 | Wanda Lou Equip | E | 10/1/16 | 108,040 | - | 76,607 | 7 | 8,980 | 22,453 |
| 129 | Alex Equip | E | 10/1/16 | 188,138 | - | 124,572 | 7 | 18,161 | 45,405 |
| 130 | Southall Equip | E | 10/1/16 | 35,852 | - | 30,437 | 7 | 1,547 | 3,868 |
| 131 | Walls Equip | E | 10/1/16 | 69,328 | - | 48,753 | 7 | 5,878 | 14,697 |
| 132 | CanAm 1 Equip | E | 10/1/16 | 177,125 | - | 94,706 | 7 | 23,547 | 58,872 |
| 133 | CanAm 2 Equip | E | 10/1/16 | 194,377 | - | 94,814 | 7 | 28,445 | 71,118 |
| 134 | CanAm 3 Equip | E | 10/1/16 | 132,500 | - | 70,728 | 7 | 17,648 | 44,124 |
| 135 | CanAm 5 Equip | E | 10/1/16 | 91,352 | - | 52,132 | 7 | 11,205 | 28,015 |
| 136 | CanAm 6 Equip | E | 10/1/16 | 137,269 | - | 48,063 | 7 | 25,486 | 63,720 |
| 137 | CanAm 7 Equip | E | 10/1/16 | 98,529 | - | 59,200 | 7 | 11,236 | 28,093 |
| 138 | CanAm 8 Equip | E | 10/1/16 | 118,378 | - | 70,479 | 7 | 13,685 | 34,214 |
| 139 | CanAm 9 Equip | E | 10/1/16 | 143,240 | - | 54,676 | 7 | 25,303 | 63,261 |
| 140 | CanAm 10 Equip | E | 10/1/16 | 64,529 | - | 33,594 | 7 | 8,838 | 22,097 |
| 141 | CanAm 11 Equip | E | 10/1/16 | 61,607 | - | 46,082 | 7 | 4,436 | 11,089 |
| 142 | CanAm 12 Equip | E | 10/1/16 | 65,186 | - | 33,686 | 7 | 8,999 | 22,501 |

Fulcrum Exploration, LLC
Case No. 18-32070-SGJ-11
Schedule A/B: Part 8, Question 50

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 143 | CanAm 14 Equip | E | 10/1/16 | 37,888 | - | 44,087 | 7 | - | (6,199) |
| 144 | CanAm 15 Equip | E | 10/1/16 | 35,547 | - | 32,074 | 7 | 992 | 2,481 |
| 145 | CanAm 16 Equip | E | 10/1/16 | 54,427 | - | 48,852 | 7 | 1,593 | 3,982 |
| 146 | CanAm 17 Equip | E | 10/1/16 | 57,141 | - | 25,375 | 7 | 9,076 | 22,690 |
| 147 | CanAm 2-1 Equip | E | 10/1/16 | 137,485 | - | 4,908 | 7 | 37,877 | 94,700 |
| 148 | Alice Equip | E | 10/1/16 | 59,324 | | 30,463 | 7 | 8,246 | 20,615 |
| 149 | Hunter Equip | E | 10/1/16 | 172,550 | | 105,525 | 7 | 19,149 | 47,876 |
| 150 | Altus 13 Equip | E | 10/1/16 | 234,221 | | 81,661 | 7 | 43,586 | 108,974 |
| 151 | CanAm 19 | E | 10/1/16 | 3,893 | | 139 | 7 | 1,073 | 2,681 |
| 155 | Pipe Trailer | E | 1/21/08 | 3,750 | | 3,750 | 7 | - | - |
| 156 | Tubing Racks | E | 10/20/08 | 5,844 | | 5,844 | 7 | - | - |
| 157 | Mud Logging System | E | 1/1/10 | 2,859 | | 2,731 | 7 | 128 | - |
| 164 | Equipment | E | 1/1/16 | 46,402 | | 25,416 | 5 | 8,394 | 12,592 |
| 167 | Hill Equip | E | 8/20/17 | 3,564 | 1,782 | | 7 | 255 | 1,527 |
| 168 | Gibson Equip | E | 4/1/17 | 2,237 | 1,119 | | 7 | 160 | 958 |
| 169 | North Tipton Equip | E | 1/31/17 | 1,433 | 717 | | 7 | 102 | 614 |
| 170 | North Tipton Equip | E | 3/8/17 | 3,383 | 1,692 | | 7 | 242 | 1,449 |
| 171 | North Tipton Equip | E | 4/1/17 | 13,614 | 6,807 | | 7 | 973 | 5,834 |
| 172 | North Tipton Equip | E | 7/1/17 | 5,569 | 2,785 | | 7 | 398 | 2,386 |
| 173 | CanAm 2 Equip | E | 8/20/17 | 2,799 | 1,400 | | 7 | 200 | 1,199 |
| 174 | CanAm 3 Equip | E | 2/28/17 | 3,314 | 1,657 | | 7 | 237 | 1,420 |
| 175 | CanAm 3 Equip | E | 4/1/17 | 1,449 | 725 | | 7 | 103 | 621 |
| 176 | CanAm 19 Equip | E | 2/7/17 | 1,549 | 775 | | 7 | 111 | 663 |
| 177 | CanAm 19 Equip | E | 4/1/17 | 18,559 | 9,280 | | 7 | 1,326 | 7,953 |
| 178 | CanAm 20 Equip | E | 8/20/17 | 20,892 | 10,446 | | 7 | 1,493 | 8,953 |
| 179 | CanAm 20 Equip | E | 11/1/17 | 17,206 | 17,206 | | 7 | - | - |
| 180 | Alex Equip | E | 2/3/17 | 753 | 377 | | 7 | 54 | 322 |
| 181 | Wals 7 Equip | E | 10/5/17 | 1,873 | 1,873 | | 7 | - | - |
| | | | | 8,435,505 | 58,641 | 5,706,716 | 1,181 | 810,202 | 1,859,946 |

Mirefluton Exploration, LLC
Case No. 18-32070-SGJ-11
Schedule A/B: Part 9, Question 55

| Description of Property | Location of Property | Nature and Extent of Debtor's Interest in Property | Net Book Value of Debtor's Interest | Valuation Method for Current Value | Current Value of Debtor's Interest |
|---|---|---|---|---|---|
| Lessor -- Charles Gyurman, *et al.*<br>Lease No. 309378.001<br>Dated: Dec. 23, 1971 | State: OK<br>County: Jackson<br>Section: 14<br>Township: 1N<br>Range: 20W | Oil & Gas Lease | Undetermined | N/A | Undetermined |
| Lessor -- Dr. Phillip & Terrence Grimes<br>Lease No. 309377.001<br>Dated: Sept. 1, 2005 | State: OK<br>County: Jackson<br>Section: 14<br>Township: 1N<br>Range: 20W | Oil & Gas Lease | Undetermined | N/A | Undetermined |
| Lessor -- Lola Ross, *et al.*<br>Lease No. 309379.001<br>Dated: Jan. 2, 1980 | State: OK<br>County: Jackson<br>Section: 22<br>Township: 1N<br>Range: 20W | Oil & Gas Lease | Undetermined | N/A | Undetermined |
| Lessor -- Phil T. Southall<br>Lease No. 311081.001<br>Dated: Oct. 1, 2005 | State: OK<br>County: Jackson<br>Section: 2<br>Township: 1N<br>Range: 20W | Oil & Gas Lease | Undetermined | N/A | Undetermined |
| Lessor -- Dan H. Southall<br>Lease No. 311081.002<br>Dated: Oct. 1, 2005 | State: OK<br>County: Jackson<br>Section: 2<br>Township: 1N<br>Range: 20W | Oil & Gas Lease | Undetermined | N/A | Undetermined |
| Lessor -- Ida Jo Southall<br>Lease No. 311081.003<br>Dated: Oct. 1, 2005 | State: OK<br>County: Jackson<br>Section: 2<br>Township: 1N<br>Range: 20W | Oil & Gas Lease | Undetermined | N/A | Undetermined |
| Lessor -- Guy R. Southall<br>Lease No. 311081.004<br>Dated: Oct. 1, 2005 | State: OK<br>County: Jackson<br>Section: 2<br>Township: 1N<br>Range: 20W | Oil & Gas Lease | Undetermined | N/A | Undetermined |
| Lessor -- Jimmie Helen Southall Hamilton<br>Lease No. 311081.005<br>Dated: Oct. 1, 2005 | State: OK<br>County: Jackson<br>Section: 2<br>Township: 1N<br>Range: 20W | Oil & Gas Lease | Undetermined | N/A | Undetermined |
| Lessor -- Mary E. Southall Cribbs<br>Lease No. 311081.006<br>Dated: Oct. 1, 2005 | State: OK<br>County: Jackson<br>Section: 2<br>Township: 1N<br>Range: 20W | Oil & Gas Lease | Undetermined | N/A | Undetermined |
| Lessor -- June Southall Rains<br>Lease No. 311081.007<br>Dated: Oct. 1, 2005 | State: OK<br>County: Jackson<br>Section: 2<br>Township: 1N<br>Range: 20W | Oil & Gas Lease | Undetermined | N/A | Undetermined |
| Lessor -- Judy Pauline Pool<br>Lease No. 311081.008<br>Dated: Oct. 1, 2005 | State: OK<br>County: Jackson<br>Section: 2<br>Township: 1N<br>Range: 20W | Oil & Gas Lease | Undetermined | N/A | Undetermined |
| Lessor -- Clesta Rippetoe<br>Lease No. 309904.001<br>Dated: Oct. 15, 2005 | State: OK<br>County: Jackson<br>Section: 3<br>Township: 1N<br>Range: 20W | Oil & Gas Lease | Undetermined | N/A | Undetermined |
| Lessor -- Gretchen Fronterhouse<br>Lease No. 309904.002<br>Dated: Oct. 15, 2005 | State: OK<br>County: Jackson<br>Section: 3<br>Township: 1N<br>Range: 20W | Oil & Gas Lease | Undetermined | N/A | Undetermined |
| Lessor -- John P. Gover<br>Lease No. 309904.003<br>Dated: Oct. 15, 2005 | State: OK<br>County: Jackson<br>Section: 3<br>Township: 1N<br>Range: 20W | Oil & Gas Lease | Undetermined | N/A | Undetermined |

EXHIBIT

55

exhibitsticker.com

Case No. 18-32070-SGJ-11
Schedule A/B: Part 9, Question 55

| | | | | | |
|---|---|---|---|---|---|
| Lessor -- David B. Braddock, Trustee<br>Lease No. 309904.004<br>Dated: Oct. 15, 2005 | State: OK<br>County: Jackson<br>Section: 3<br>Township: 1N<br>Range: 20W | Oil & Gas Lease | Undetermined | N/A | Undetermined |
| Lessor -- May Cahill<br>Lease No. 309904.005<br>Dated: Oct. 15, 2005 | State: OK<br>County: Jackson<br>Section: 3<br>Township: 1N<br>Range: 20W | Oil & Gas Lease | Undetermined | N/A | Undetermined |
| Lessor -- Fred Sumner Hanna, heir of<br>Elizabeth Hanna<br>Lease No. 309904.006<br>Dated: Dec. 15, 2005 | State: OK<br>County: Jackson<br>Section: 3<br>Township: 1N<br>Range: 20W | Oil & Gas Lease | Undetermined | N/A | Undetermined |
| Lessor -- Gainsley Hamilton<br>Lease No. 309904.007<br>Dated: Sept. 22, 2008 | State: OK<br>County: Jackson<br>Section: 3<br>Township: 1N<br>Range: 20W | Oil & Gas Lease | Undetermined | N/A | Undetermined |
| Lessor -- Alice Streich<br>Lease No. 309904.008<br>Dated: Sept. 22, 2008 | State: OK<br>County: Jackson<br>Section: 3<br>Township: 1N<br>Range: 20W | Oil & Gas Lease | Undetermined | N/A | Undetermined |
| Lessor -- Burnice C. & Evelyn Ewing, Trustees<br>Ewing Family Trust<br>Lease No. 309297.001<br>Dated: Oct. 15, 2005 | State: OK<br>County: Jackson<br>Section: 10<br>Township: 1N<br>Range: 20W | Oil & Gas Lease | Undetermined | N/A | Undetermined |
| Lessor -- Harold C. Cooley<br>Lease No. 309297.002<br>Dated: Oct. 15, 2005 | State: OK<br>County: Jackson<br>Section: 10<br>Township: 1N<br>Range: 20W | Oil & Gas Lease | Undetermined | N/A | Undetermined |
| Lessor -- Dorothy F. Ewing, Trustee Solon A.<br>Ewing Bypass Trust<br>Lease No. 309297.003<br>Dated: Oct. 15, 2005 | State: OK<br>County: Jackson<br>Section: 10<br>Township: 1N<br>Range: 20W | Oil & Gas Lease | Undetermined | N/A | Undetermined |
| Lessor -- Sandra Sue White Cooley<br>Lease No. 309297.004<br>Dated: Oct. 15, 2005 | State: OK<br>County: Jackson<br>Section: 10<br>Township: 1N<br>Range: 20W | Oil & Gas Lease | Undetermined | N/A | Undetermined |
| Lessor --Wanda Lou Capps<br>Lease No. 309297.005<br>Dated: Nov. 15, 2005 | State: OK<br>County: Jackson<br>Section: 10<br>Township: 1N<br>Range: 20W | Oil & Gas Lease | Undetermined | N/A | Undetermined |
| Lessor -- David Burdette Blue, III, et al.<br>Lease No.<br>Dated: Aug. 23, 2007 | State: OK<br>County: Tillman<br>Section: 32<br>Township: 2Ss<br>Range: 17W | Oil & Gas Lease | Undetermined | N/A | Undetermined |
| Lessor -- David Burdette Blue, III, et al.<br>Lease No.<br>Dated: Aug. 23, 2007 | State: OK<br>County: Tillman<br>Section: 31<br>Township: 2Ss<br>Range: 17W | Oil & Gas Lease | Undetermined | N/A | Undetermined |
| Lessor -- David Burdette Blue, III, et al.<br>Lease No.<br>Dated: Aug. 23, 2007 | State: OK<br>County: Tillman<br>Section: 32<br>Township: 2Ss<br>Range: 17W | Oil & Gas Lease | Undetermined | N/A | Undetermined |
| Lessor -- Lawrence I. Travis<br>Lease No.<br>Dated: Dec. 20, 2007 | State: OK<br>County: Tillman<br>Section: 31<br>Township: 2S<br>Range: 17W | Oil & Gas Lease | Undetermined | N/A | Undetermined |

Tin re Fulcrum Exploration, LLC
Case No. 18-32070-SGJ-11
Schedule A/B: Part 9, Question 55

| | | | | | |
|---|---|---|---|---|---|
| Lessor -- Letha Mae Peter, Life Tenant and Lila Jill Clark, Remainderman<br>Lease No.<br>Dated: Jan. 25, 2008 | State: OK<br>County: Tillman<br>Section: 32<br>Township: 2Ss<br>Range: 17W | Oil & Gas Lease | Undetermined | N/A | Undetermined |
| Lessor -- Lenora Lou Morgan<br>Lease No.<br>Dated: Jan. 4, 2006 | State: OK<br>County: Tillman<br>Section: 31<br>Township: 3S<br>Range: 16W | Oil & Gas Lease | Undetermined | N/A | Undetermined |
| Lessor -- Sally Miller<br>Lease No.<br>Dated: May 14, 2005 | State: OK<br>County: Tillman<br>Section: 31<br>Township: 2S<br>Range: 17W | Oil & Gas Lease | Undetermined | N/A | Undetermined |
| Lessor -- Kelly W. Lynch<br>Lease No.<br>Dated: May 23, 2005 | State: OK<br>County: Tillman<br>Section: 31<br>Township: 2S<br>Range: 17W | Oil & Gas Lease | Undetermined | N/A | Undetermined |
| Lessor -- Julie Jeanette Huff<br>Lease No.<br>Dated: May 23, 2005 | State: OK<br>County: Tillman<br>Section: 31<br>Township: 2S<br>Range: 17W | Oil & Gas Lease | Undetermined | N/A | Undetermined |
| Lessor -- Todd Allen Miller<br>Lease No.<br>Dated: May 23, 2005 | State: OK<br>County: Tillman<br>Section: 31<br>Township: 2S<br>Range: 17W | Oil & Gas Lease | Undetermined | N/A | Undetermined |
| Lessor -- Sand Creek Petroleum, Inc.<br>Lease No.<br>Dated: Nov. 15, 2007 | State: OK<br>County: Tillman<br>Section: 31<br>Township: 2S<br>Range: 17W | Oil & Gas Lease | Undetermined | N/A | Undetermined |
| Lessor -- Sand Creek Petroleum, Inc.<br>Lease No.<br>Dated: Feb. 19, 2008 | State: OK<br>County: Tillman<br>Section: 31<br>Township: 2S<br>Range: 17W | Oil & Gas Lease | Undetermined | N/A | Undetermined |
| Lessor -- Sand Creek Petroleum, Inc.<br>Lease No.<br>Dated: June 25, 2008 | State: OK<br>County: Tillman<br>Section: 32<br>Township: 2S<br>Range: 17W | Oil & Gas Lease | Undetermined | N/A | Undetermined |
| Lessor -- Sand Creek Petroleum, Inc.<br>Lease No.<br>Dated: Oct. 9, 2008 | State: OK<br>County: Tillman<br>Section: 32<br>Township: 2S<br>Range: 17W | Oil & Gas Lease | Undetermined | N/A | Undetermined |
| Lessor -- Kevin Stevens, Trustee of the Leonard C. Hinson and Theresa Hinson Rev. Trust<br>Lease No.<br>Dated: Sept. 29, 2008 | State: OK<br>County: Tillman<br>Section: 32<br>Township: 2S<br>Range: 17W | Oil & Gas Lease | Undetermined | N/A | Undetermined |
| Lessor -- The City of Frederick, Oklahoma<br>Lease No.<br>Dated: Jan. 28, 2009 | State: OK<br>County: Tillman<br>Section: 32 and 32<br>Township: 2S<br>Range: 17W | Oil & Gas Lease | Undetermined | N/A | Undetermined |
| Lessor -- The City of Frederick, Oklahoma<br>Lease No.<br>Dated: Mar. 27, 2009 | State: OK<br>County: Tillman<br>Section: 33<br>Township: 2S<br>Range: 17W | Oil & Gas Lease | Undetermined | N/A | Undetermined |
| Lessor -- John Clifford Taylor<br>Lease No.<br>Dated: Jan. 24, 2013 | State: OK<br>County: Tillman<br>Section: 31<br>Township: 2S<br>Range: 17W | Oil & Gas | Undetermined | N/A | Undetermined |

| Lessor | Location | Type | | | |
|---|---|---|---|---|---|
| Lessor -- Marilyn Sue Osborne<br>Lease No.<br>Dated: Nov. 22, 2010 | State: OK<br>County: Tillman<br>Section: 31<br>Township: 2S<br>Range: 17W | Oil & Gas | Undetermined | N/A | Undetermined |
| Lessor -- William Sears<br>Lease No.<br>Dated: July 1, 2012 | State: OK<br>County: Tillman<br>Section: 31<br>Township: 2S<br>Range: 17W | Oil & Gas | Undetermined | N/A | Undetermined |
| Lessor -- Glen S. Clayton and Mary H. Clayton<br>Lease No.<br>Dated: Nov. 5, 2010 | State: OK<br>County: Tillman<br>Section: 12<br>Township: 3S<br>Range: 19W | Oil & Gas | Undetermined | N/A | Undetermined |
| Lessor -- Gussie Mae Taylor, Sole Trustee of the John H. Taylor and Gussie Mae Taylor Rev. Trust<br>Lease No.<br>Dated: Feb. 7, 2011 | State: OK<br>County: Tillman<br>Section: 6<br>Township: 3S<br>Range: 17W | Oil & Gas | Undetermined | N/A | Undetermined |
| Lessor -- James W. Treadwell and Pamela Lee Treadwell<br>Lease No.<br>Dated: June 7, 2011 | State: OK<br>County: Tillman<br>Section: 33<br>Township: 2S<br>Range: 17W | Oil & Gas | Undetermined | N/A | Undetermined |
| Lessor -- A&J Cowan, Inc.<br>Lease No.<br>Dated: Sept. 27, 2004 | State: OK<br>County: Tillman<br>Section: 31<br>Township: 2S<br>Range: 17W | Oil & Gas | Undetermined | N/A | Undetermined |
| Lessor -- Sand Creek Petroleum Co. LLC<br>Lease No.<br>Dated: Oct. 4, 2011 | State: OK<br>County: Tillman<br>Section: 31<br>Township: 2S<br>Range: 17W | Oil & Gas Lease | Undetermined | N/A | Undetermined |
| Lessor - Bradley Wayne Chappell and Terrence L. Grimes Rev. Trust<br>Lease No.<br>Dated: Jan. 22, 1996 | State: OK<br>County: Jackson<br>Section: 14<br>Township: 1N<br>Range: 20W | Oil & Gas Lease | Undetermined | N/A | Undetermined |
| Lessor - Phillip D. Grimes Rev. Trust<br>Lease No.<br>Dated: Jan. 22, 1996 | State: OK<br>County: Jackson<br>Section: 14<br>Township: 1N<br>Range: 20W | Oil & Gas Lease | Undetermined | N/A | Undetermined |
| Lessor -- Sand Creek Petroleum, Inc.<br>Lease No.<br>Dated: Jan. 24, 2012 | State: OK<br>County: Tillman<br>Section: 31<br>Township: 2S<br>Range: 17W | Oil & Gas Lease | Undetermined | N/A | Undetermined |
| Lessor - Darian Doonbos Kedy and Diane E. Doombos, Co-Trustees of the Charles F. Doombos Revocable Trust<br>Lease No.<br>Dated: Mar. 22, 2012 | State: OK<br>County: Tillman<br>Section: 31<br>Township: 2S<br>Range: 17W | Oil & Gas | Undetermined | N/A | Undetermined |
| Lessor - Nina Parks<br>Lease No.<br>Dated: Aug. 18, 2012 | State: OK<br>County: Jackson<br>Section: 10<br>Township: 1N<br>Range: 20W | Oil & Gas Lease | Undetermined | N/A | Undetermined |
| Lessor -- Cheseapeake Royalty Company<br>Lease No.<br>Dated: Aug. 23, 2012 | State: OK<br>County: Tillman<br>Section: 33<br>Township: 2S<br>Range: 17W | Oil & Gas Lease | Undetermined | N/A | Undetermined |
| | State: OK<br>County: Tillman<br>Section: 6<br>Township: 3S<br>Range: 18W | Oil and Gas Minerals | Undetermined | N/A | Undetermined |

| | | | | | |
|---|---|---|---|---|---|
| | State: OK<br>County: Tillman<br>Section: 2<br>Township: 2S<br>Range: 19W | Oil and Gas Minerals | Undetermined | N/A | Undetermined |
| | State: OK<br>County: Tillman<br>Section: 12<br>Township: 3S<br>Range: 19W | Oil and Gas Minerals | Undetermined | N/A | Undetermined |
| | State: OK<br>County: Tillman<br>Section: 2<br>Township: 3S<br>Range: 19W | Oil and Gas Minerals | Undetermined | N/A | Undetermined |
| | State: OK<br>County: Tillman<br>Section: 36<br>Township: 2S<br>Range: 19W | Oil and Gas Minerals | Undetermined | N/A | Undetermined |
| Grantor - John Ehrenfeld<br>Dated: Sept, 6, 2013 | State: OK<br>County: Tillman<br>Section: 1<br>Township: 2S<br>Range: 19W | Oil and Gas Minerals | Undetermined | N/A | Undetermined |
| Lessor - Jeff M. Watson<br>Lease No.<br>Dated: Sept. 3, 2013 | State: OK<br>County: Jackson<br>Section: 30<br>Township: 1N<br>Range: 19W | Oil & Gas Lease | Undetermined | N/A | Undetermined |
| Lessor - John L. Barnard<br>Lease No.<br>Dated: Sept. 3, 2013 | State: OK<br>County: Jackson<br>Section: 30<br>Township: 1N<br>Range: 19W | Oil & Gas Lease | Undetermined | N/A | Undetermined |
| Grantor - Spanish Lady Oil Company<br>Dated: Oct. 1, 2013 | State: OK<br>County: Jackson<br>Section: 30 and 31<br>Township: 1N<br>Range: 19W | Oil and Gas Minerals | Undetermined | N/A | Undetermined |
| Lessor - Jesse W. James Jr. and Nancy Jean<br>James Rev. Trust<br>Lease No.<br>Dated: Nov. 5, 2013 | State: OK<br>County: Jackson<br>Section: 23<br>Township: 1N<br>Range: 20W | Oil & Gas Lease | Undetermined | N/A | Undetermined |
| Lessor - B.E. Wilson, Successor Trustee of the<br>The T.W. Wilson and Opal Wilson Family<br>Trust<br>Lease No.<br>Dated: Nov. 5, 2013 | State: OK<br>County: Jackson<br>Section: 24<br>Township: 1N<br>Range: 20W | Oil & Gas Lease | Undetermined | N/A | Undetermined |
| Lessor - Larry Derryberry<br>Lease No.<br>Dated: Oct. 29, 2013 | State: OK<br>County: Jackson<br>Section: 18<br>Township: 1N<br>Range: 20W | Oil & Gas Lease | Undetermined | N/A | Undetermined |
| Lessor - Cynthia J. Wilson<br>Lease No.<br>Dated: Jan. 8, 2014 | State: OK<br>County: Jackson<br>Section: 30<br>Township: 1N<br>Range: 19W | Oil & Gas Lease | Undetermined | N/A | Undetermined |
| Lessor - David Parker<br>Lease No.<br>Dated: Jan. 8, 2014 | State: OK<br>County: Jackson<br>Section: 30<br>Township: 1N<br>Range: 19W | Oil & Gas Lease | Undetermined | N/A | Undetermined |
| Lessor - James L. Wilson<br>Lease No.<br>Dated: Jan. 8, 2014 | State: OK<br>County: Jackson<br>Section: 30<br>Township: 1N<br>Range: 19W | Oil & Gas Lease | Undetermined | N/A | Undetermined |

Case No. 18-32070-SGJ-11
Schedule A/B: Part 9, Question 55

| Lessor | Location | Type | | | |
|---|---|---|---|---|---|
| Lessor - Maribeth Reece<br>Lease No.<br>Dated: Jan. 8, 2014 | State: OK<br>County: Jackson<br>Section: 30<br>Township: 1N<br>Range: 19W | Oil & Gas Lease | Undetermined | N/A | Undetermined |
| Lessor - Pamela L. Gottula<br>Lease No.<br>Dated: Jan. 8, 2014 | State: OK<br>County: Jackson<br>Section: 30<br>Township: 1N<br>Range: 19W | Oil & Gas Lease | Undetermined | N/A | Undetermined |
| Lessor - David Clay Norfleet<br>Lease No.<br>Dated: Jan. 20, 2014 | State: OK<br>County: Jackson<br>Section: 30<br>Township: 1N<br>Range: 19W | Oil & Gas Lease | Undetermined | N/A | Undetermined |
| Lessor - Keith Winkler<br>Lease No.<br>Dated: Jan. 8, 2014 | State: OK<br>County: Jackson<br>Section: 30<br>Township: 1N<br>Range: 19W | Oil & Gas Lease | Undetermined | N/A | Undetermined |
| Lessor - B.E. Wilson<br>Lease No.<br>Dated: Jan. 8, 2014 | State: OK<br>County: Jackson<br>Section: 30<br>Township: 1N<br>Range: 19W | Oil & Gas Lease | Undetermined | N/A | Undetermined |
| Lessor - Sherry Stillwell<br>Lease No.<br>Dated: Jan. 8, 2014 | State: OK<br>County: Jackson<br>Section: 30<br>Township: 1N<br>Range: 19W | Oil & Gas Lease | Undetermined | N/A | Undetermined |
| Lessor - Polly Campbell<br>Lease No.<br>Dated: Jan. 8, 2014 | State: OK<br>County: Jackson<br>Section: 30<br>Township: 1N<br>Range: 19W | Oil & Gas Lease | Undetermined | N/A | Undetermined |
| Lessor - John W. Winkler<br>Lease No.<br>Dated: Jan. 8, 2014 | State: OK<br>County: Jackson<br>Section: 30<br>Township: 1N<br>Range: 19W | Oil & Gas Lease | Undetermined | N/A | Undetermined |
| Lessor - Marc Walls<br>Lease No.<br>Dated: Jan. 8, 2014 | State: OK<br>County: Jackson<br>Section: 30<br>Township: 1N<br>Range: 19W | Oil & Gas Lease | Undetermined | N/A | Undetermined |
| Lessor - Lisa Kirts<br>Lease No.<br>Dated: Jan. 8, 2014 | State: OK<br>County: Jackson<br>Section: 30<br>Township: 1N<br>Range: 19W | Oil & Gas Lease | Undetermined | N/A | Undetermined |
| Lessor - Leanne Ware<br>Lease No.<br>Dated: Jan. 8, 2014 | State: OK<br>County: Jackson<br>Section: 30<br>Township: 1N<br>Range: 19W | Oil & Gas Lease | Undetermined | N/A | Undetermined |
| Lessor - Andrea Ware<br>Lease No.<br>Dated: Jan. 20, 2014 | State: OK<br>County: Jackson<br>Section: 30<br>Township: 1N<br>Range: 19W | Oil & Gas Lease | Undetermined | N/A | Undetermined |
| Lessor - Kelly Norfleet<br>Lease No.<br>Dated: Jan. 20, 2014 | State: OK<br>County: Jackson<br>Section: 30<br>Township: 1N<br>Range: 19W | | Undetermined | N/A | Undetermined |
| Lessor - Julie Harris<br>Lease No.<br>Dated: Jan. 20, 2014 | State: OK<br>County: Jackson<br>Section: 30<br>Township: 1N<br>Range: 19W | | Undetermined | N/A | Undetermined |

Tefron Exploration, LLC
Case No. 18-32070-SGJ-11
Schedule A/B: Part 9, Question 55

| | | | | | |
|---|---|---|---|---|---|
| Lessor - Mike Parker<br>Lease No.<br>Dated: Jan. 20, 2014 | State: OK<br>County: Jackson<br>Section: 30<br>Township: 1N<br>Range: 19W | | Undetermined | N/A | Undetermined |
| Lessor - Bradley Wayne Chappell and Terrence L. Grimes Rev. Trust<br>Lease No.<br>Dated: July 2, 2014 | State: OK<br>County: Jackson<br>Section: 14<br>Township: 1N<br>Range: 20W | | Undetermined | N/A | Undetermined |
| Lessor - Deborah Ray Johnston<br>Lease No.<br>Dated: July 2, 2014 | State: OK<br>County: Jackson<br>Section: 14<br>Township: 1N<br>Range: 20W | | Undetermined | N/A | Undetermined |
| Lessor - Leta S. Grimes<br>Lease No.<br>Dated: July 2, 2014 | State: OK<br>County: Jackson<br>Section: 14<br>Township: 1N<br>Range: 20W | | Undetermined | N/A | Undetermined |
| Lessor -- American United Life Ins. Co.<br>Lease No.<br>Dated: Mar. 4, 2015 | State: OK<br>County: Tillman<br>Section: 6<br>Township: 3S<br>Range: 17W | Oil & Gas | Undetermined | N/A | Undetermined |
| Lessor -- Christopher Devin Hill, Administrator of Howard Lee Hill, dec.<br>Lease No.<br>Dated: Apr. 17, 2015 | State: OK<br>County: Tillman<br>Section: 6<br>Township: 3S<br>Range: 17W | Oil & Gas | Undetermined | N/A | Undetermined |
| Lessor - Bandera Minerals, LLC<br>Lease No.<br>Dated: June 25, 2015 | State: OK<br>County: Jackson<br>Section: 31<br>Township: 1N<br>Range: 19W | | Undetermined | N/A | Undetermined |
| Lessor - Susan Joiner<br>Lease No.<br>Dated: Jan. 8, 2014 | State: OK<br>County: Jackson<br>Section: 30<br>Township: 1N<br>Range: 19W | | Undetermined | N/A | Undetermined |
| Lessor -- Ray S. Circle, et ux<br>Lease No. 311463.001<br>Dated: Oct. 24, 1929 | State: OK<br>County: Jackson<br>Section: 11<br>Township: 1N<br>Range: 20W | Oil & Gas | Undetermined | N/A | Undetermined |
| Grantor - Virginia Gail Lenihan<br>Dated: Aug. 16, 2013 | State: OK<br>County: Jackson<br>Section: 31<br>Township: 1N<br>Range: 19W | Oil and Gas Minerals | Undetermined | N/A | Undetermined |
| Lessor -- Dora Southall, et al.<br>Lease No. 304134.001<br>Dated: Oct. 18, 1934 | State: OK<br>County: Jackson<br>Section: 11<br>Township: 1N<br>Range: 20W | Oil & Gas | Undetermined | N/A | Undetermined |
| Lessor -- Edith L. Johnson, Guardian of the Estate of Joe E. Johnson<br>Lease No. 304134.002<br>Dated: Feb. 21, 1935 | State: OK<br>County: Jackson<br>Section: 11<br>Township: 1N<br>Range: 20W | Oil & Gas | Undetermined | N/A | Undetermined |
| Lessor -- W. Glenn Hunter<br>Lease No. 304133.001<br>Dated: Aug. 12, 1953 | State: OK<br>County: Jackson<br>Section: 14<br>Township: 1N<br>Range: 20W | Oil & Gas | Undetermined | N/A | Undetermined |
| Lessor -- Joe A. Norman, Trustee of the J. Dennis Norman Living Trust<br>Lease No.<br>Dated: Oct. 15, 2014 | State: OK<br>County: Tillman<br>Section: 32<br>Township: 2S<br>Range: 17W | Oil & Gas | Undetermined | N/A | Undetermined |

In re Fulcrum Exploration, LLC
Case No. 18-32070-SGJ-11

Schedule G: Executory Contracts and Unexpird Leases

| Contract Counterparty | Address1 | City | State | Zip | Description of Contract or Lease and Nature of Debtor's Interest | Date of Contract or Lease | Remaining Term |
|---|---|---|---|---|---|---|---|
| Schmid Moulton Parkway, Ltd. | 10375 Richmond Avenue, Suite 2000 | Houston | TX | 77042 | Lease | 4/30/19 | |
| Southwest Rurual Electric | 700 N. Broadway | Tipton | OK | 73570 | Utility Contract | | |
| Frontier Communications | PO Box 740407 | Cincinnati | OH | 45274-0407 | Utility Contract | | |
| Enterpise Crude Oil, LLC | 210 Park Avenue, Suite 1800 | Oklahoma City | OK | 7310 | Gathering Agreement | 10/6/11 | Month to Month |
| Phillips 66 | P.O. Box 5400 | Bartlesville | OK | 74005-5400 | Gathering Agreement | 7/1/15 | Month to Month |
| FULCRUM PRODUCTION PARTNERS, LP | 3700 RIVER WALK DR. # 175 | FLOWER MOUND | TX | 75028 | Joint Operating Agreement | 12/1/07 | N/A |
| CRAIG LYNE | 260 SE 28th AVE. | POMPANO BEACH | FL | 33062 | Joint Operating Agreement | 2/28/08 | N/A |
| CRAIG LYNE | 261 SE 28th AVE. | POMPANO BEACH | FL | 33063 | Joint Operating Agreement | 7/17/08 | N/A |
| MARK AND CHRISTINA WHEELER | 301 WINTNEY WAY | ATLANTA | GA | 30269 | Joint Operating Agreement | 2/21/08 | N/A |
| TODD GIBSON | 4940 NE 28th St. | LIGHTHOUSE POINT | FL | 33064 | Joint Operating Agreement | 2/28/08 | N/A |
| TODD GIBSON | 4941 NE 28th St. | LIGHTHOUSE POINT | FL | 33065 | Joint Operating Agreement | 7/29/08 | N/A |
| BEST PETROLEUM | 3077-B CLAIREMONT Dr. # 498 | SAN DIEGO | CA | 92117 | Joint Operating Agreement | 8/8/08 | N/A |
| MARK AND ANELLA WILLIS | 401 GREENFIELD DR. | MURPHY | TX | 75094 | Joint Operating Agreement | 7/29/08 | N/A |
| MICHELLE MARTEL | 8980 SPRING MOUNTAIN WAY | FT. MYERS | FL | 33908 | Joint Operating Agreement | 10/1/13 | N/A |
| PETROGA, LLC | 3566 WOODSHIRE TRAIL | MARIETTA | GA | 30066 | Joint Operating Agreement | 8/11/08 | N/A |
| WAYNE STARIN | 4609 PACER WAY | FLOWER MOUND | TX | 75028 | Joint Operating Agreement | 8/1/17 | N/A |
| BTM INVESTMENTS IRA, LLC | 12418 DEER TRACK | AUSTIN | TX | 78722 | Joint Operating Agreement | 3/9/18 | N/A |
| DOS PANIOLOS, LLC. | 7381 BRIGHT PLACE | PILOT POINT | TX | 76258 | Joint Operating Agreement | 1/1/17 | N/A |
| DOUG FIKE | 3711 MEREDITH ST. | AUSTIN | TX | 78763 | Joint Operating Agreement | 2/28/18 | N/A |
| EAM INVESTMENTS IRA, LLC. | 12418 DEER TRACK | AUSTIN | TX | 78727 | Joint Operating Agreement | 3/9/18 | N/A |
| LOUIS OUELLETTE | 31 RUE BORQUE | GATINEAU QUEBEC | Canada | J8Y 1X2 | Joint Operating Agreement | 1/1/18 | N/A |
| ROCKY AND DOREEN LIUZZI FAMILY TRUST | 1220 8TH STREET | MANHATTAN BEACH | CA | 90266 | Joint Operating Agreement | 2/1/18 | N/A |

EXHIBIT

G

exhibitsticker.com